**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 01-140T
)
)
JUAN CASTILLO-MEJIA

**STIPULATION REGARDING MODIFICATION OF SENTENCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

Total Offense Level _32_

Criminal History Category _I_.

_121_ to _151_ months imprisonment.

_3_ to _5_ years supervised release

$ 17,500 to $ 16,000,000 fine.

3. Defendant was sentenced on July 25, 2002 to 121 months imprisonment.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

5. Defendant's revised guideline calculation is a follows:

Total Offense Level 30.

Criminal History Category I.

97 to 121 months imprisonment

3 to 5 years supervised release

$ 15,000 to $ 16,000,000 fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals the following the defendant had an incident report on March 9, 2005 and September 7, 2006 for Possessing Unauthorized Item, and on January 29, 2003, for Refusing Work.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 97 months is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

EDWARD C. ROY
Counsel for Defendant

6-2-08
Date

KENNETH P. MADDEN
Assistant U.S. Attorney

5-29-2008
Date