AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the
District of Rhode Island

United States of America )
v. )
**Juan Castillo-Mejia** ) Case No: **1:01CR00133-01ML & 1:01CR00140-01T**
) USM No: 05101-070
Date of Previous Judgment: **August 8, 2002** ) **Edward C. Roy, Jr., Esq.**
) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ✔ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED. ✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 121 months **is reduced to 97 months**.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | **32** | Amended Offense Level: | **30** |
| Criminal History Category: | **I** | Criminal History Category: | **I** |
| Previous Guideline Range: | **121** to **151** months | Amended Guideline Range: | **97** to **121** months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

✔ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgments entered in CR01-133ML and CR01-140T dated **8/8/2002** shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 6/16/08 Ernest C. Torres
Judge's Signature

Effective Date: ____________ **Ernest C. Torres, Senior US District Court Judge**
(If different from order date) Printed Name and Title